UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARVIN SMITH SHAHEEN,

                              Plaintiff,

       vs                                                     9:03-CV-1366

T. NOTABARTOLO, Correction Officer,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

MARVIN SMITH SHAHEEN
38889
Plaintiff, Pro Se
Westchester County Jail
P.O. Box 10
Valhalla, NY 10595

HON. ELIOT SPITZER                   DAVID FRUCHTER, ESQ.
Attorney General of the               Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Marvin Smith Shaheen, brought this civil rights action pursuant to

42 U.S.C. § 1983. By Report Recommendation dated February 22, 2006, the Honorable

Gustave J. DiBianco, United States Magistrate Judge, recommended that defendant's motion

for summary judgment be denied. The defendant has filed objections to the Report-

Recommendation.

Based upon a de novo determination of the portions of the Report-Recommendation to which the defendant has objected, the Report-Recommendation is accepted and adopted in whole. <u>See</u> 28 U.S.C. 636(b)(1). Therefore, it is

ORDERED that defendant's motion for summary judgment is DENIED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 13, 2006
       Utica, New York.